COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER ON MOTION TO RECUSE

Appellate case name:      B.H. v. Department of Family and Protective Services

Appellate case number:   01-11-00704-CV

Trial court case number:  9823370

Trial court:               309th District Court of Harris County

Date motion filed:         February 14, 2014

Party filing motion:       Appellant

To the extent appellant's February 14, 2014 motion requests recusal, it is **ordered** that the motion to recuse is denied.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                        Acting for the Court

The Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Bland, Sharp, Massengale, Brown, and Huddle.

Date: March 11, 2014